14407.002-A109
**PETER A. DAVIDSON (SBN 76194)**
**MOLDO DAVIDSON FRAIOLI**
**SEROR & SESTANOVICH LLP**
2029 Century Park East, 21st Floor
Los Angeles, California 90067
Telephone: (310) 551-3100
Facsimile:  (310) 551-0238
E:mail pdavidson@mdfslaw.com

**Attorneys for Edythe L. Bronston, Receiver**

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDYTHE L. BRONSTON, RECEIVER FOR J. W. JAMES & ASSOCIATES; J.W. JAMES BORROWING ENTITY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE D. THALLEY, aka CATHERINE DUHON-THALLEY,<br><br>Defendant. | CASE NO.: 2:07-CV-05302-FMC-FFMx<br><br>**JUDGMENT**<br><br>DATE: March 3, 2008<br>TIME: 10:00 a.m.<br>CTRM.: 750 |

The Motion of Edythe L. Bronston, Receiver for J.W. James & Associates and related entities, for Summary Judgment, or in the alternative, Summary Adjudication of Issues, came on for hearing, having been duly noticed, on March 3, 2008 at 10:00 a.m. before the Honorable Florence-Marie Cooper, United States District Court Judge. The Court having granted the Receiver's Motion for Summary Judgment,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of Plaintiff, Edythe L. Bronston, Receiver for J.W. James & Associates, et al., and against Defendant, Catherine D. Thalley aka Catherine Duhon-Thalley, as follows:

1
JUDGMENT

68553.1   14407.00002

1         (a)    Defendant, Catherine D. Thalley aka Catherine Duhon-Thalley, shall pay Plaintiff, Edythe L. Bronston, Receiver for J.W. James & Associates et al., $271,205.41. Plaintiff is awarded costs of suit.

DATED: March 26, 2008

_____
The Honorable Florence-Marie Cooper
United States District Court Judge

//

//

//

//

//

//

//